# CERTIFICATE OF SERVICE

I, _Lois Beasley Carlisle_ (name), certify that service of this summons and a copy of the complaint was made _11/11/14_ (date) by:

☑ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:
_The Corporation Trust Company, Corporation Trust Center_
_1209 Orange St._
_Wilmington, DE 19801_

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☑ State Law: The defendant was served pursuant to the laws of the State of _Alabama_, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _11/11/14_   Signature _[signature]_

Print Name: _Carlisle & Carlisle_

Business Address:
_PO Box 170767_
_B'ham, AL_
_35217_
_(205-841-4063)_

# CERTIFICATE OF SERVICE

I, _Lois Beasley Carlisle_ (name), certify that service of this summons and a copy of the complaint was made _11/11/14_ (date) by:

☑ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:
_Kirby, United Consumer Financial Services, Inc._
_8607 Bassett Road_
_Westlake, OH 44145_

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☑ State Law: The defendant was served pursuant to the laws of the State of _Alabama_, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _11/11/14_   Signature _[signature]_

Print Name: _Carlisle & Carlisle_

Business Address:
_PO Box 170767_
_B'ham, AL_
_35217_
_(205-841-4063)_

# CERTIFICATE OF SERVICE

I, _Lois Beasley Carlisle_ (name), certify that service of this summons and a copy of the complaint was made _11/11/14_ (date) by:

☑ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Boss and Associates, P.C.
3936 E. Ft. Lowell Suite 200
Tuscan, AZ 85717

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☑ State Law: The defendant was served pursuant to the laws of the State of _Alabama_, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _11/11/14_     Signature _[signature]_

Print Name: _Carlisle & Carlisle_

Business Address:
PO Bx 170767
B'ham, AL
35217
(205-841-4063)